UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TOD KOTTENBROOK,           )<br>                                       )<br>            Petitioner,               )<br>                                       )<br>       v.                              )<br>                                       )<br>DARRYLL ADAMS, WARDEN,                 )<br>                                       )<br>            Respondent.                )<br>_____) | Case No. CV 09-8196-JSL(CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer and the documents lodged with the answer, and the magistrate judge's report and recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:   April 2, 2010

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE