UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TOD KOTTENBROOK,<br><br>   Petitioner,<br><br>   v.<br><br>DARRYLL ADAMS, WARDEN,<br><br>   Respondent. | Case No. CV 09-1896-JSL(CT)<br><br>**JUDGMENT** |

   In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: April 2, 2010

_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE